## EXHIBIT "A"
### TO ASSET PURCHASE AND SALE AGREEMENT

### OIL AND GAS LEASES

Exhibit "A-1" Seventy Five Percent (75%) net revenue interest Leases

Exhibit "A-2" Seventy Percent (70%) net revenue interest Leases

All recording references contained in this Exhibit "A" are to the indicated records of Matagorda County, Texas.



**EXHIBIT "A-1"**
**TO ASSET PURCHASE AND SALE AGREEMENT**
**OIL AND GAS LEASES**

**Seventy Five Percent (75%) net revenue interest Leases.**

**LEASE NO.:**         EBL-001
**LESSOR:**            Ricky D. Graff and Carol Graff Burnett
**LESSEE:**            Bill Foran
**LEASE DATE:**        2/25/2004          **ACRES:**  57.5240
**COUNTY CLERK FILE NO.:**        2004-045544
**VOLUME:**        **PAGE:**                        **RECORDS:**  Official Records
**LIMITATIONS:**        INSOFAR AND ONLY INSOFAR as the Lease covers depths
        from the surface to 11,390' below the surface

**LEASE NO.:**         EBL-002A
**LESSOR:**            Bruce G. Herlin, Cathy G. Hunter, and Cara P. Herlin, Trustees
**LESSEE:**            Bill Foran
**LEASE DATE:**        7/26/2004          **ACRES:**  169.3300
**COUNTY CLERK FILE NO.:**        2004-045832
**VOLUME:**        **PAGE:**                        **RECORDS:**  Official Records
**LIMITATIONS:**        INSOFAR AND ONLY INSOFAR as the Lease covers depths
        from 9,726' to 12,500' below the surface

**LEASE NO.:**         EBL-002B
**LESSOR:**            Bruce G. Herlin, Cathy G. Hunter, and Cara P. Herlin, Trustees
**LESSEE:**            DSX Energy Ltd., L.L.P.
**LEASE DATE:**        8/17/2006          **ACRES:**  169.3300
**COUNTY CLERK FILE NO.:**        2006-067434
**VOLUME:**        **PAGE:**                        **RECORDS:**  Official Records
**LIMITATIONS:**        The Lease covers depths from the surface to 9,726' below the
        surface.

**LEASE NO.:**         EBL-002C
**LESSOR:**            Lindsey A. Thompson
**LESSEE:**            Sue-Ann Operating, L.C.
**LEASE DATE:**        9/13/2004          **ACRES:**  169.3300
**COUNTY CLERK FILE NO.:**        2004-047925
**VOLUME:**        **PAGE:**                        **RECORDS:**  Official Records
**LIMITATIONS:**        INSOFAR AND ONLY INSOFAR as the Lease covers depths
        from the surface to 11,759' below the surface

**LEASE NO.:**         EBL-002D
**LESSOR:**            Dickerson Resources
**LESSEE:**            Sue-Ann Operating, L.C.

**LEASE DATE:**   9/13/2004          **ACRES:**  169.3300
**COUNTY CLERK FILE NO.:**   2004-047926
**VOLUME:**          **PAGE:**                    **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
    from the surface to 11,759' below the surface

**LEASE NO.:**        EBL-002E
**LESSOR:**           Sandra Jane Vrana
**LESSEE:**           Sue-Ann Operating, L.C.
**LEASE DATE:**      9/13/2004          **ACRES:**  169.3300
**COUNTY CLERK FILE NO.:**   2004-047927
**VOLUME:**          **PAGE:**                    **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
    from the surface to 11,759' below the surface

**LEASE NO.:**        EBL-002F
**LESSOR:**           Peggy Ann Spann
**LESSEE:**           Sue-Ann Operating, L.C.
**LEASE DATE:**      9/13/2004          **ACRES:**  169.3300
**COUNTY CLERK FILE NO.:**   2004-047928
**VOLUME:**          **PAGE:**                    **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
    from the surface to 11,759' below the surface

**LEASE NO.:**        EBL-002G
**LESSOR:**           Patrick Lloyd O'Neal
**LESSEE:**           Sue-Ann Operating, L.C.
**LEASE DATE:**      9/13/2004          **ACRES:**  169.3300
**COUNTY CLERK FILE NO.:**   2004-047929
**VOLUME:**          **PAGE:**                    **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
    from the surface to 11,759' below the surface

**LEASE NO.:**        EBL-002H
**LESSOR:**           George R. Burke, Jr. Family Partnership, Ltd.
**LESSEE:**           Sue-Ann Operating, L.C.
**LEASE DATE:**      8/31/2004          **ACRES:**  169.3300
**COUNTY CLERK FILE NO.:**   2004-048790
**VOLUME:**          **PAGE:**                    **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
    from the surface to 11,759' below the surface

**LEASE NO.:** EBL-002I
**LESSOR:** Burke Children Partnership No. 1
**LESSEE:** Sue-Ann Operating, L.C.
**LEASE DATE:** 8/31/2004 **ACRES:** 169.3300
**COUNTY CLERK FILE NO.:** 2004-048791
**VOLUME:** **PAGE:** **RECORDS:** Official Records
**LIMITATIONS:** INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 11,759' below the surface

**LEASE NO.:** EBL-002J
**LESSOR:** Kathleen Burke
**LESSEE:** Sue-Ann Operating, L.C.
**LEASE DATE:** 8/31/2004 **ACRES:** 169.3300
**COUNTY CLERK FILE NO.:** 2004-049009
**VOLUME:** **PAGE:** **RECORDS:** Official Records
**LIMITATIONS:** INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:** EBL-003A
**LESSOR:** Alton N. Nelsen &wife Frieda A. Nelson
**LESSEE:** Sue-Ann Operating, L.C.
**LEASE DATE:** 11/22/2004 **ACRES:** 160.7500
**COUNTY CLERK FILE NO.:** 2004-048788
**VOLUME:** **PAGE:** **RECORDS:** Official Records
**LIMITATIONS:** INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:** EBL-003B
**LESSOR:** Daniel A. Nelsen
**LESSEE:** Sue-Ann Operating, L.C.
**LEASE DATE:** 11/22/2004 **ACRES:** 160.7500
**COUNTY CLERK FILE NO.:** 2004-048789
**VOLUME:** **PAGE:** **RECORDS:** Official Records
**LIMITATIONS:** INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:** EBL-003C
**LESSOR:** Gilbert A. Nelsen
**LESSEE:** Sue-Ann Operating, L.C.
**LEASE DATE:** 11/22/2004 **ACRES:** 160.7500
**COUNTY CLERK FILE NO.:** 2004-049010
**VOLUME:** **PAGE:** **RECORDS:** Official Records
**LIMITATIONS:** INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:**         EBL-004A
**LESSOR:**            Bruce G. Herlin, Cathy G. Hunter, and Cara P. Herlin, Trustees
**LESSEE:**            Bill Foran
**LEASE DATE:**        7/26/2004          **ACRES:** 7.1170
**COUNTY CLERK FILE NO.:**     2004-045834
**VOLUME:**        **PAGE:**             **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
                from 9,726' below the surface to 12,500' below the surface

**LEASE NO.:**         EBL-004B
**LESSOR:**            Bruce G. Herlin, Cathy G. Hunter, and Cara P. Herlin, Trustees
**LESSEE:**            DSX Energy Ltd., L.L.P.
**LEASE DATE:**        8/17/2006          **ACRES:** 7.1170
**COUNTY CLERK FILE NO.:**     2006-067434
**VOLUME:**        **PAGE:**             **RECORDS:** Official Records
**LIMITATIONS:**    The Lease covers depths from the surface to 9,726' below the
                surface.

**LEASE NO.:**         EBL-005A
**LESSOR:**            Bruce G. Herlin, Cathy G. Hunter, and Cara P. Herlin, Trustees
**LESSEE:**            Bill Foran
**LEASE DATE:**        7/26/2004          **ACRES:** 2.0000
**COUNTY CLERK FILE NO.:**     2004-045833
**VOLUME:**        **PAGE:**             **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
                from 9,726' below the surface to 12,500' below the surface

**LEASE NO.:**         EBL-005B
**LESSOR:**            Bruce G. Herlin, Cathy G. Hunter, and Cara P. Herlin, Trustees
**LESSEE:**            DSX Energy Ltd., L.L.P.
**LEASE DATE:**        8/17/2006          **ACRES:** 2.0000
**COUNTY CLERK FILE NO.:**     2006-067434
**VOLUME:**        **PAGE:**             **RECORDS:** Official Records
**LIMITATIONS:**    The Lease covers depths from the surface to 9,726' below the
                surface.

**LEASE NO.:**         EBL-006A
**LESSOR:**            Bruce G. Herlin, Cathy G. Hunter, and Cara P. Herlin, Trustees
**LESSEE:**            Bill Foran
**LEASE DATE:**        7/26/2004          **ACRES:** 0.8700
**COUNTY CLERK FILE NO.:**     2004-045835
**VOLUME:**        **PAGE:**             **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
                from 9,726' below the surface to 12,500' below the surface

**LEASE NO.:**    EBL-006B
**LESSOR:**    Bruce G. Herlin, Cathy G. Hunter, and Cara P. Herlin, Trustees
**LESSEE:**    DSX Energy Ltd., L.L.P.
**LEASE DATE:**    8/17/2006    **ACRES:** 0.8700
**COUNTY CLERK FILE NO.:**    2006-067434
**VOLUME:**    **PAGE:**    **RECORDS:** Official Records
**LIMITATIONS:**    The Lease covers depths from the surface to 9,726' below the surface.

**LEASE NO.:**    EBL-007
**LESSOR:**    General Land Office of the State of Texas (MF106903)
**LESSEE:**    DSX Energy Ltd., L.L.P.
**LEASE DATE:**    9/19/2006    **ACRES:** 4.4800
**COUNTY CLERK FILE NO.:**    2006-068234
**VOLUME:**    **PAGE:**    **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**EXHIBIT "A-2"**
**TO ASSET PURCHASE AND SALE AGREEMENT**
**OIL AND GAS LEASES**

Seventy Percent (70%) net revenue interest Leases.

**LEASE NO.:**       BLS-001
**LESSOR:**         A. B. Pierce, et al
**LESSEE:**         W. H. Hawkins
**LEASE DATE:**     5/12/1936        **ACRES:** 381.0200
**COUNTY CLERK FILE NO.:**
**VOLUME:**  112    **PAGE:** 335        **RECORDS:** Deed Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers the
following two tracts: (1) 317.35 acres from the surface to 11,038' as described in
Assignment dated September 6, 2005 from Sue Ann Production Company, et al to
DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-
058727, Official Records, Matagorda County, Texas; and (2) 63.67 acres from the
surface to 11,280', as described in Assignment dated September 29, 2005 from
Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record
under County Clerk File Nos. 2005-056725 and 2005-057791, Official Records,
Matagorda County, Texas, and in Assignment dated July 20, 2007 from Sue Ann
Production Company, et al to DSX Energy Ltd., LLP and filed of record under
County Clerk File No. 2007-_____, Official Records, Matagorda County,
Texas; SAVE AND EXCEPT from both tracts those certain intervals commonly
known as the F-14, F-14A and F-14B members of the Frio formation and being
further described as those intervals correlative to those seen on the induction-
electrical log of Texaco Inc.'s Blessing Pierce Well No. 33 (located in the G. W.
Nexsen Survey, A-65, Matagorda County, Texas) from 8,122 feet to 8,140 feet,
8,144 feet to 8,151 feet, and 8,160 feet to 8,184 feet.

**LEASE NO.:**       BLS-002
**LESSOR:**         Leroya Oil Company
**LESSEE:**         Leland Fikes
**LEASE DATE:**     6/11/1953        **ACRES:** 122.0000
**COUNTY CLERK FILE NO.:**
**VOLUME:**  253    **PAGE:** 636        **RECORDS:** Deed Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers 122 acres,
being Lot 15A, Blk C, Pierce Subdivision, from the surface to 12,494', SAVE &
EXCEPT (1) from the surface to 9,760' in the north 80 acres of Lot 15A; and
SAVE & EXCEPT (2) those certain intervals commonly known as the F-14, F-
14A and F-14B members of the Frio formation and being further described as
those intervals correlative to those seen on the induction-electrical log of Texaco
Inc.'s Blessing Pierce Well No. 33 (located in the G. W. Nexsen Survey, A-65,
Matagorda County, Texas) from 8,122 feet to 8,140 feet, 8,144 feet to 8,151 feet,
and 8,160 feet to 8,184 feet. Said acreage and depths being further described in

Assignment dated effective May 2, 2005 from Leland Fikes Foundation, et al to DSX Energy Ltd., LLP, and filed of record under County Clerk File No. 2005-055007 in the Official Records of Matagorda County, Texas.

**LEASE NO.:** BLS-003
**LESSOR:** A. S.Herman &wife Bertha A. Herman
**LESSEE:** Richard B. Hemingway
**LEASE DATE:** 1/24/1963      **ACRES:** 80.0000
**COUNTY CLERK FILE NO.:**
**VOLUME:** 399   **PAGE:** 517      **RECORDS:** Deed Records
**LIMITATIONS:** SAVE AND EXCEPT those certain intervals commonly known as the F-14, F-14A and F-14B members of the Frio formation and being further described as those intervals correlative to those seen on the induction-electrical log of Texaco Inc.'s Blessing Pierce Well No. 33 (located in the G. W. Nexsen Survey, A-65, Matagorda County, Texas) from 8,122 feet to 8,140 feet, 8,144 feet to 8,151 feet, and 8,160 feet to 8,184 feet; and further limited as follows: INSOFAR AND ONLY INSOFAR as the Lease covers (A) as to the S/2 Lot 16, Block C, Pierce Subdivision: from 9760' to 12,494' in 50% interest and from the surface to 11,280' in 50% interest; (B) as to the N/2 Lot 16, Block C, Pierce Subdivision: from the surface to 11,280' in 60% interest and from the surface to 11,900' in 40% interest. Said acreage and depths being further described in the following assignments: (1) Assignment dated effective May 2, 2005 from Leland Fikes Foundation, et al to DSX Energy Ltd., LLP, and filed of record under County Clerk File No. 2005-055007 in the Official Records of Matagorda County, Texas; (2) Assignment dated September 29, 2005 from Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record under County Clerk File Nos. 2005-056725 and 2005-057791, Official Records, Matagorda County, Texas; (3) Assignment dated effective June 1, 2005 from Devon Louisiana Corporation to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-057044 in the Official Records of Matagorda County, Texas; and (4) Assignment dated July 20, 2007 from Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2007-_____, Official Records, Matagorda County, Texas.

**LEASE NO.:** BLS-004
**LESSOR:** A. S.Herman &wife Bertha A. Herman
**LESSEE:** Richard B. Hemingway
**LEASE DATE:** 1/24/1963      **ACRES:** 74.8000
**COUNTY CLERK FILE NO.:**
**VOLUME:** 399   **PAGE:** 519      **RECORDS:** Deed Records
**LIMITATIONS:** SAVE AND EXCEPT those certain intervals commonly known as the F-14, F-14A and F-14B members of the Frio formation and being further described as those intervals correlative to those seen on the induction-electrical log of Texaco Inc.'s Blessing Pierce Well No. 33 (located in the G. W. Nexsen Survey, A-65, Matagorda County, Texas) from 8,122 feet to 8,140 feet, 8,144 feet to 8,151 feet, and 8,160 feet to 8,184 feet; and further limited as follows:

INSOFAR AND ONLY INSOFAR as the Lease covers (A) As to the S/2 Lot 14, Block C, Pierce Subdivision: from the surface to 12,494' in 50% interest and from the surface to 11,020' in 50% interest; (B) as to the N/2 Lot 14: from the surface to 11,020' in 60% interest and from the surface to 11,900' in 40% interest. Said acreage and depths being further described in the following assignments: (1) Assignment dated effective May 2, 2005 from Leland Fikes Foundation, et al to DSX Energy Ltd., LLP, and filed of record under County Clerk File No. 2005-055007 in the Official Records of Matagorda County, Texas; (2) Assignment dated September 27, 2005 from Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-057792, Official Records, Matagorda County, Texas; and (3) Assignment dated effective June 1, 2005 from Devon Louisiana Corporation to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-057044 in the Official Records of Matagorda County, Texas.

**LEASE NO.:**       BLS-005
**LESSOR:**          B. C. Berger &wife Alfaretta Berger
**LESSEE:**          The Atlantic Refining Company
**LEASE DATE:**      2/6/1959          **ACRES:** 97.7000
**COUNTY CLERK FILE NO.:**
**VOLUME:** 331   **PAGE:** 88          **RECORDS:** Deed Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 10,920', plus 100' as a vertical operating easement, SAVE AND EXCEPT those certain intervals commonly known as the F-14, F-14A and F-14B members of the Frio formation and being further described as those intervals correlative to those seen on the induction-electrical log of Texaco Inc.'s Blessing Pierce Well No. 33 (located in the G. W. Nexsen Survey, A-65, Matagorda County, Texas) from 8,122 feet to 8,140 feet, 8,144 feet to 8,151 feet, and 8,160 feet to 8,184 feet. Said acreage and depths being further described in the following assignments: (1) Assignment dated effective September 26, 2005 from BP America Production Company to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-057759, Official Records, Matagorda County, Texas; and (2) Correction Assignment dated effective September 26, 2005 from BP America Production Company to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2006-06838, Official Records, Matagorda County, Texas.

**LEASE NO.:**       BLS-006
**LESSOR:**          Charles L. Herman, et al
**LESSEE:**          Texaco, Inc.
**LEASE DATE:**      5/9/1967          **ACRES:** 20.0000
**COUNTY CLERK FILE NO.:**
**VOLUME:** 454   **PAGE:** 208          **RECORDS:** Deed Records
**LIMITATIONS:**     SAVE AND EXCEPT those certain intervals commonly known as the F-14, F-14A and F-14B members of the Frio formation and being further described as those intervals correlative to those seen on the induction-electrical

log of Texaco Inc.'s Blessing Pierce Well No. 33 (located in the G. W. Nexsen Survey, A-65, Matagorda County, Texas) from 8,122 feet to 8,140 feet, 8,144 feet to 8,151 feet, and 8,160 feet to 8,184 feet; and further limited as follows: INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 11,280', said acreage and depths being further described in the following assignments: (1) Assignment dated September 29, 2005 from Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record under County Clerk File Nos. 2005-056725 and 2005-057791, Official Records, Matagorda County, Texas; and (2) Assignment dated July 20, 2007 from Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record under County Clerk File Nos.2007-_____, Official Records, Matagorda County, Texas.

| | |
|---|---|
| **LEASE NO.:** | BLS-007 |
| **LESSOR:** | A. S.Herman &wife Bertha A. Herman |
| **LESSEE:** | Richard B. Hemingway |
| **LEASE DATE:** | 7/11/1963      **ACRES:** 20.0000 |

**COUNTY CLERK FILE NO.:**

**VOLUME:** 404    **PAGE:** 275      **RECORDS:** Deed Records

**LIMITATIONS:** SAVE AND EXCEPT those certain intervals commonly known as the F-14, F-14A and F-14B members of the Frio formation and being further described as those intervals correlative to those seen on the induction-electrical log of Texaco Inc.'s Blessing Pierce Well No. 33 (located in the G. W. Nexsen Survey, A-65, Matagorda County, Texas) from 8,122 feet to 8,140 feet, 8,144 feet to 8,151 feet, and 8,160 feet to 8,184 feet; and further limited as follows: INSOFAR AND ONLY INSOFAR as the Lease covers (A) as to the south 14.33 acres of the Lease: from the surface to 11,280' as to 60% interest and from the surface to 11,900' as to 40% interest; (B) as to the north 5.67 acres of the Lease: from the surface to 11,020' as to 60% interest and from the surface to 11,900' as to 40% interest. Said acreage and depths being further described in the following assignments: (1) Assignment dated September 29, 2005 from Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record under County Clerk File Nos. 2005-056725 and 2005-057791, Official Records, Matagorda County, Texas; (2) Assignment dated July 20, 2007 from Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2007-_____, Official Records, Matagorda County, Texas; (3) Assignment dated September 27, 2005 from Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-057792, Official Records, Matagorda County, Texas; and (4) Assignment dated effective June 1, 2005 from Devon Louisiana Corporation to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-059832 in the Official Records of Matagorda County, Texas.

**LEASE NO.:** BLS-008
**LESSOR:** Adolph G. Tinz
**LESSEE:** Richard B. Hemingway
**LEASE DATE:** 7/15/1963        **ACRES:** 20.0000
**COUNTY CLERK FILE NO.:**
**VOLUME:** 404   **PAGE:** 467        **RECORDS:** Deed Records
**LIMITATIONS:** INSOFAR AND ONLY INSOFAR as to 60% interest from the surface to 11,020' and 40% interest from the surface to 11,900', SAVE AND EXCEPT those certain intervals commonly known as the F-14, F-14A and F-14B members of the Frio formation and being further described as those intervals correlative to those seen on the induction-electrical log of Texaco Inc.'s Blessing Pierce Well No. 33 (located in the G. W. Nexsen Survey, A-65, Matagorda County, Texas) from 8,122 feet to 8,140 feet, 8,144 feet to 8,151 feet, and 8,160 feet to 8,184 feet. Said acreage and depths being further described in the following assignments: (1) Assignment dated September 27, 2005 from Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-057792, Official Records, Matagorda County, Texas; and (2) Assignment dated effective June 1, 2005 from Devon Louisiana Corporation to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-059832 in the Official Records of Matagorda County, Texas.

**LEASE NO.:** BLS-009
**LESSOR:** Houston Chronicle Publishing Company
**LESSEE:** Richard B. Hemingway
**LEASE DATE:** 7/11/1963        **ACRES:** 12.9600
**COUNTY CLERK FILE NO.:**
**VOLUME:** 404   **PAGE:** 332        **RECORDS:** Deed Records
**LIMITATIONS:** INSOFAR AND ONLY INSOFAR as to 60% interest from the surface to 11,020' and 40% interest from the surface to 11,900', SAVE AND EXCEPT those certain intervals commonly known as the F-14, F-14A and F-14B members of the Frio formation and being further described as those intervals correlative to those seen on the induction-electrical log of Texaco Inc.'s Blessing Pierce Well No. 33 (located in the G. W. Nexsen Survey, A-65, Matagorda County, Texas) from 8,122 feet to 8,140 feet, 8,144 feet to 8,151 feet, and 8,160 feet to 8,184 feet. Said acreage and depths being further described in the following assignments: (1) Assignment dated September 27, 2005 from Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-057792, Official Records, Matagorda County, Texas; and (2) Assignment dated effective June 1, 2005 from Devon Louisiana Corporation to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-059832 in the Official Records of Matagorda County, Texas.

**LEASE NO.:**     BLS-010
**LESSOR:**     B. S. Kimmel
**LESSEE:**     W. H. Hawkins
**LEASE DATE:**     2/25/1936     **ACRES:** 23.2500
**COUNTY CLERK FILE NO.:**
**VOLUME:** 112   **PAGE:** 288     **RECORDS:** Deed Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 11,020', SAVE AND EXCEPT those certain intervals commonly known as the F-14, F-14A and F-14B members of the Frio formation and being further described as those intervals correlative to those seen on the induction-electrical log of Texaco Inc.'s Blessing Pierce Well No. 33 (located in the G. W. Nexsen Survey, A-65, Matagorda County, Texas) from 8,122 feet to 8,140 feet, 8,144 feet to 8,151 feet, and 8,160 feet to 8,184 feet. Said acreage and depths being described in Assignment dated September 27, 2005 from Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-057792, Official Records, Matagorda County, Texas.

**LEASE NO.:**     BLS-011
**LESSOR:**     Marion C. Connett, et al
**LESSEE:**     W. H. Hawkins
**LEASE DATE:**     2/25/1936     **ACRES:** 40.0000
**COUNTY CLERK FILE NO.:**
**VOLUME:** 115   **PAGE:** 178     **RECORDS:** Deed Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 11,020', SAVE AND EXCEPT those certain intervals commonly known as the F-14, F-14A and F-14B members of the Frio formation and being further described as those intervals correlative to those seen on the induction-electrical log of Texaco Inc.'s Blessing Pierce Well No. 33 (located in the G. W. Nexsen Survey, A-65, Matagorda County, Texas) from 8,122 feet to 8,140 feet, 8,144 feet to 8,151 feet, and 8,160 feet to 8,184 feet. Said acreage and depths being described in in Assignment dated September 27, 2005 from Sue Ann Production Company, et al to DSX Energy Ltd., LLP and filed of record under County Clerk File No. 2005-057792, Official Records, Matagorda County, Texas.

**LEASE NO.:**     BLS-012 A
**LESSOR:**     Kathleen Burke
**LESSEE:**     DSX Energy Ltd., L.L.P.
**LEASE DATE:**     6/15/2005     **ACRES:** 20.0000
**COUNTY CLERK FILE NO.:**     2005-056566
**VOLUME:**     **PAGE:**     **RECORDS:** Official Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 11,278' below the surface

**LEASE NO.:**   BLS-012 B
**LESSOR:**   Burke Children Partnership No. 1, et al
**LESSEE:**   DSX Energy Ltd., L.L.P.
**LEASE DATE:**   6/1/2005    **ACRES:**  20.0000
**COUNTY CLERK FILE NO.:**   2005-056716
**VOLUME:**   **PAGE:**    **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:**   NEV-001A
**LESSOR:**   Wells Fargo Bank, NA, Agent & AIF for Elaine Heffelfinger, I&IE Est. Stephen McClure Heffelfinger, Dec., et al
**LESSEE:**   Foran, Ltd.
**LEASE DATE:**   4/8/2005    **ACRES:**  249.4300
**COUNTY CLERK FILE NO.:**   2005-058232
**VOLUME:**   **PAGE:**    **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:**   NEV-001B
**LESSOR:**   Thomas Walter Blake Trust by Bill Patterson, Managing Trustee
**LESSEE:**   Foran, Ltd.
**LEASE DATE:**   3/18/2005    **ACRES:**  141.0000
**COUNTY CLERK FILE NO.:**   2005-057217
**VOLUME:**   **PAGE:**    **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:**   NEV-001C
**LESSOR:**   January E. Crockett
**LESSEE:**   Foran, Ltd.
**LEASE DATE:**   3/18/2005    **ACRES:**  141.0000
**COUNTY CLERK FILE NO.:**   2005-057218
**VOLUME:**   **PAGE:**    **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:**   NEV-001D
**LESSOR:**   Louise Johns Detmold
**LESSEE:**   Foran, Ltd.
**LEASE DATE:**   3/18/2005    **ACRES:**  141.0000
**COUNTY CLERK FILE NO.:**   2005-057219
**VOLUME:**   **PAGE:**    **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:**    NEV-001E
**LESSOR:**    Jeanette Johns Dowhanick
**LESSEE:**    Foran, Ltd.
**LEASE DATE:**    3/18/2005    **ACRES:** 141.0000
**COUNTY CLERK FILE NO.:**    2005-057220
**VOLUME:**    **PAGE:**    **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**    NEV-001F
**LESSOR:**    Joanna Scott Hennessy
**LESSEE:**    Foran, Ltd.
**LEASE DATE:**    3/18/2005    **ACRES:** 141.0000
**COUNTY CLERK FILE NO.:**    2005-057221
**VOLUME:**    **PAGE:**    **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**    NEV-001G
**LESSOR:**    Slayton L. Johns
**LESSEE:**    Foran, Ltd.
**LEASE DATE:**    3/18/2005    **ACRES:** 141.0000
**COUNTY CLERK FILE NO.:**    2005-057223
**VOLUME:**    **PAGE:**    **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**    NEV-001H
**LESSOR:**    Robert B. Lewis, Jr.
**LESSEE:**    Foran, Ltd.
**LEASE DATE:**    3/18/2005    **ACRES:** 141.0000
**COUNTY CLERK FILE NO.:**    2005-057225
**VOLUME:**    **PAGE:**    **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**    NEV-001I
**LESSOR:**    Cindy Kilgore Peterson
**LESSEE:**    Foran, Ltd.
**LEASE DATE:**    3/18/2005    **ACRES:** 141.0000
**COUNTY CLERK FILE NO.:**    2005-057227
**VOLUME:**    **PAGE:**    **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**       NEV-001J
**LESSOR:**          Jonathan E. Pierce, III
**LESSEE:**          Foran, Ltd.
**LEASE DATE:**      3/18/2005          **ACRES:** 141.0000
**COUNTY CLERK FILE NO.:**       2005-057229
**VOLUME:**          **PAGE:**                    **RECORDS:** Official Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths
       from the surface to 12,500' below the surface

**LEASE NO.:**       NEV-001K
**LESSOR:**          Adelaide S. Smith
**LESSEE:**          Foran, Ltd.
**LEASE DATE:**      3/18/2005          **ACRES:** 141.0000
**COUNTY CLERK FILE NO.:**       2005-057232
**VOLUME:**          **PAGE:**                    **RECORDS:** Official Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths
       from the surface to 12,500' below the surface

**LEASE NO.:**       NEV-001L
**LESSOR:**          Jeanine Pierce Steber
**LESSEE:**          Foran, Ltd.
**LEASE DATE:**      3/18/2005          **ACRES:** 141.0000
**COUNTY CLERK FILE NO.:**       2005-057233
**VOLUME:**          **PAGE:**                    **RECORDS:** Official Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths
       from the surface to 12,500' below the surface

**LEASE NO.:**       NEV-001M
**LESSOR:**          Jeanette Allday Thomas
**LESSEE:**          Foran, Ltd.
**LEASE DATE:**      3/18/2005          **ACRES:** 141.0000
**COUNTY CLERK FILE NO.:**       2006-060192
**VOLUME:**          **PAGE:**                    **RECORDS:** Official Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths
       from the surface to 12,500' below the surface

**LEASE NO.:**       NEV-001N
**LESSOR:**          Richard Don Yeamans
**LESSEE:**          Foran, Ltd.
**LEASE DATE:**      7/18/2005          **ACRES:** 141.0000
**COUNTY CLERK FILE NO.:**       2005-057237
**VOLUME:**          **PAGE:**                    **RECORDS:** Official Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths
       from the surface to 12,500' below the surface

**LEASE NO.:**   NEV-001O
**LESSOR:**   Steven Covey
**LESSEE:**   Foran, Ltd.
**LEASE DATE:**   1/23/2006        **ACRES:**  141.0000
**COUNTY CLERK FILE NO.:**   2006-062495
**VOLUME:**   **PAGE:**        **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**   NEV-001P
**LESSOR:**   Russell S. Scott, Jr.
**LESSEE:**   Foran, Ltd.
**LEASE DATE:**   2/1/2006        **ACRES:**  141.0000
**COUNTY CLERK FILE NO.:**   2006-062605
**VOLUME:**   **PAGE:**        **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**   NEV-002A
**LESSOR:**   Wells Fargo Bank, N.A., Agent & AIF for Elaine Heffelfinger,
I&IE Est. Stephen McClure Heffelfinger, Dec., et al
**LESSEE:**   Foran, Ltd.
**LEASE DATE:**   4/8/2005        **ACRES:**  84.8300
**COUNTY CLERK FILE NO.:**   2005-058231
**VOLUME:**   **PAGE:**        **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**   NEV-002B
**LESSOR:**   Roberta G. Isensee
**LESSEE:**   Foran, Ltd.
**LEASE DATE:**   3/18/2005        **ACRES:**  84.8300
**COUNTY CLERK FILE NO.:**   2005-057222
**VOLUME:**   **PAGE:**        **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**   NEV-002C
**LESSOR:**   Mary E. Kerrigan
**LESSEE:**   Foran, Ltd.
**LEASE DATE:**   3/18/2005        **ACRES:**  84.8300
**COUNTY CLERK FILE NO.:**   2005-057224
**VOLUME:**   **PAGE:**        **RECORDS:**  Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**     NEV-002D
**LESSOR:**        Dr. Russell Matthes &wf Juanita
**LESSEE:**        Foran, Ltd.
**LEASE DATE:**    3/18/2005          **ACRES:** 84.8300
**COUNTY CLERK FILE NO.:**    2005-057226
**VOLUME:**        **PAGE:**                **RECORDS:** Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
     from the surface to 12,500' below the surface

**LEASE NO.:**     NEV-002E
**LESSOR:**        Grace Lawrence Pierce
**LESSEE:**        Foran, Ltd.
**LEASE DATE:**    3/18/2005          **ACRES:** 84.8300
**COUNTY CLERK FILE NO.:**    2005-057228
**VOLUME:**        **PAGE:**                **RECORDS:** Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
     from the surface to 12,500' below the surface

**LEASE NO.:**     NEV-002F
**LESSOR:**        Lee Hall Pierce and Michael E Pierce, Jr., Ind & Co-Exec. Estate
     of Lee M. Pierce, Dec.
**LESSEE:**        Foran, Ltd.
**LEASE DATE:**    3/18/2005          **ACRES:** 84.8300
**COUNTY CLERK FILE NO.:**    2005-057230
**VOLUME:**        **PAGE:**                **RECORDS:** Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
     from the surface to 12,500' below the surface

**LEASE NO.:**     NEV-002G
**LESSOR:**        Sidney J. Troan
**LESSEE:**        Foran, Ltd.
**LEASE DATE:**    3/18/2005          **ACRES:** 84.8300
**COUNTY CLERK FILE NO.:**    2005-057234
**VOLUME:**        **PAGE:**                **RECORDS:** Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
     from the surface to 12,500' below the surface

**LEASE NO.:**     NEV-002H
**LESSOR:**        Ruth Harrison Pierce, I&IE Est. of Abel B. Pierce, Jr., Dec.
**LESSEE:**        Foran, Ltd.
**LEASE DATE:**    3/18/2005          **ACRES:** 84.8300
**COUNTY CLERK FILE NO.:**    2005-057231
**VOLUME:**        **PAGE:**                **RECORDS:** Official Records
**LIMITATIONS:**   INSOFAR AND ONLY INSOFAR as the Lease covers depths
     from the surface to 12,500' below the surface

**LEASE NO.:**    NEV-002I
**LESSOR:**    Luceile H. Wilkinson, l&lE Est. Robert J. Wilkinson, Dec.
**LESSEE:**    Foran, Ltd.
**LEASE DATE:**    3/18/2005    **ACRES:** 84.8300
**COUNTY CLERK FILE NO.:**    2005-057235
**VOLUME:**    **PAGE:**    **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:**    NEV-002J
**LESSOR:**    Robert J. Wilkinson, Jr. &wf Peggy
**LESSEE:**    Foran, Ltd.
**LEASE DATE:**    3/18/2005    **ACRES:** 84.8300
**COUNTY CLERK FILE NO.:**    2005-057236
**VOLUME:**    **PAGE:**    **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:**    NEV-002K
**LESSOR:**    Charles Joshua McLaglen
**LESSEE:**    Foran, Ltd.
**LEASE DATE:**    7/1/2005    **ACRES:** 84.8300
**COUNTY CLERK FILE NO.:**    2006-066253
**VOLUME:**    **PAGE:**    **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:**    NEV-002L
**LESSOR:**    Mary E. Pierce McLaglen
**LESSEE:**    Foran, Ltd.
**LEASE DATE:**    7/1/2005    **ACRES:** 84.8300
**COUNTY CLERK FILE NO.:**    2006-066498
**VOLUME:**    **PAGE:**    **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:**    NEV-002M
**LESSOR:**    Paul W. Larson
**LESSEE:**    DSX Energy Ltd., L.L.P.
**LEASE DATE:**    6/1/2006    **ACRES:** 84.8300
**COUNTY CLERK FILE NO.:**    2006-068456
**VOLUME:**    **PAGE:**    **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths from the surface to 12,500' below the surface

**LEASE NO.:**      NEV-002N
**LESSOR:**         Beverly Schillinger
**LESSEE:**         DSX Energy Ltd., L.L.P.
**LEASE DATE:**     6/1/2006          **ACRES:** 84.8300
**COUNTY CLERK FILE NO.:**    2006-069657
**VOLUME:**      **PAGE:**            **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**      NEV-003
**LESSOR:**         Alton N. Nelsen &wf Frieda A. Nelsen
**LESSEE:**         Foran, Ltd.
**LEASE DATE:**     5/20/2005          **ACRES:** 84.0900
**COUNTY CLERK FILE NO.:**    2005-057213
**VOLUME:**      **PAGE:**            **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**      NEV-004A
**LESSOR:**         Alton N. Nelsen &wf Frieda A. Nelsen
**LESSEE:**         Foran, Ltd.
**LEASE DATE:**     5/20/2005          **ACRES:** 65.5000
**COUNTY CLERK FILE NO.:**    2005-057214
**VOLUME:**      **PAGE:**            **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**      NEV-004B
**LESSOR:**         Gilbert A. Nelsen
**LESSEE:**         Foran, Ltd.
**LEASE DATE:**     5/20/2005          **ACRES:** 65.5000
**COUNTY CLERK FILE NO.:**    2005-057216
**VOLUME:**      **PAGE:**            **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**      NEV-004C
**LESSOR:**         Daniel A. Nelsen, separate property
**LESSEE:**         Foran, Ltd.
**LEASE DATE:**     5/20/2005          **ACRES:** 65.5000
**COUNTY CLERK FILE NO.:**    2005-057215
**VOLUME:**      **PAGE:**            **RECORDS:** Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**      NEV-005A
**LESSOR:**          Barbara Cunningham
**LESSEE:**          DSX Energy Ltd., L.L.P.
**LEASE DATE:**    4/4/2006          **ACRES:**  138.1400
**COUNTY CLERK FILE NO.:**      2006-062964
**VOLUME:**          **PAGE:**                    **RECORDS:**  Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**      NEV-005B
**LESSOR:**          Linda Cunningham Davis
**LESSEE:**          DSX Energy Ltd., L.L.P.
**LEASE DATE:**    4/4/2006          **ACRES:**  138.1400
**COUNTY CLERK FILE NO.:**      2006-063720
**VOLUME:**          **PAGE:**                    **RECORDS:**  Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**      NEV-005C
**LESSOR:**          Donald W. Cunningham
**LESSEE:**          DSX Energy Ltd., L.L.P.
**LEASE DATE:**    4/4/2006          **ACRES:**  138.1400
**COUNTY CLERK FILE NO.:**      2006-063721
**VOLUME:**          **PAGE:**                    **RECORDS:**  Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**      NEV-005D
**LESSOR:**          Charles A. Cunningham
**LESSEE:**          DSX Energy Ltd., L.L.P.
**LEASE DATE:**    4/4/2006          **ACRES:**  138.1400
**COUNTY CLERK FILE NO.:**      2006-063719
**VOLUME:**          **PAGE:**                    **RECORDS:**  Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**      NEV-005E
**LESSOR:**          David G. Cunningham
**LESSEE:**          DSX Energy Ltd., L.L.P.
**LEASE DATE:**    4/4/2006          **ACRES:**  138.1400
**COUNTY CLERK FILE NO.:**      2006-064067
**VOLUME:**          **PAGE:**                    **RECORDS:**  Official Records
**LIMITATIONS:**    INSOFAR AND ONLY INSOFAR as the Lease covers depths
from the surface to 12,500' below the surface

**LEASE NO.:**          NEV-006
**LESSOR:**             General Land Office of the State of Texas (M-106595)
**LESSEE:**             DSX Energy Ltd., L.L.P.
**LEASE DATE:**         7/25/2006          **ACRES:**  4.1600
**COUNTY CLERK FILE NO.:**      2006-066664
**VOLUME:**        **PAGE:**                **RECORDS:**  Official Records
**LIMITATIONS:**        INSOFAR AND ONLY INSOFAR as the Lease covers depths
             from the surface to 12,500' below the surface

**LEASE NO.:**          SEB-001
**LESSOR:**             Bruce G. Herlin, Cathy G. Hunter, and Cara P. Herlin, Trustees
**LESSEE:**             DSX Energy Ltd., L.L.P.
**LEASE DATE:**         2/20/2006          **ACRES:**  19.3700
**COUNTY CLERK FILE NO.:**      2006-061596
**VOLUME:**        **PAGE:**                **RECORDS:**  Official Records
**LIMITATIONS:**        INSOFAR AND ONLY INSOFAR as the Lease covers depths
             from the surface to 12,500' below the surface

**LEASE NO.:**          SEB-002A
**LESSOR:**             Bruce G. Herlin, Cathy G. Hunter, and Cara P. Herlin, Trustees
**LESSEE:**             DSX Energy Ltd., L.L.P.
**LEASE DATE:**         2/20/2006          **ACRES:**  136.9150
**COUNTY CLERK FILE NO.:**      2006-061597
**VOLUME:**        **PAGE:**                **RECORDS:**  Official Records
**LIMITATIONS:**        INSOFAR AND ONLY INSOFAR as the Lease covers depths
             from 9,725' below the surface to 12,500' below the surface

**LEASE NO.:**          SEB-002B
**LESSOR:**             Ethel Jeanne Reese
**LESSEE:**             DSX Energy Ltd., L.L.P.
**LEASE DATE:**         3/1/2006          **ACRES:**  153.5040
**COUNTY CLERK FILE NO.:**      2006-062777
**VOLUME:**        **PAGE:**                **RECORDS:**  Official Records
**LIMITATIONS:**        INSOFAR AND ONLY INSOFAR as the Lease covers depths
             from the surface to 12,500' below the surface

**LEASE NO.:**          SEB-002C
**LESSOR:**             Norma Sue Jackson Velasquez
**LESSEE:**             DSX Energy Ltd., L.L.P.
**LEASE DATE:**         3/25/2006          **ACRES:**  153.5040
**COUNTY CLERK FILE NO.:**      2006-062811
**VOLUME:**        **PAGE:**                **RECORDS:**  Official Records
**LIMITATIONS:**        INSOFAR AND ONLY INSOFAR as the Lease covers depths
             from the surface to 12,500' below the surface

**LEASE NO.:**      SEB-002D
**LESSOR:**          Marie Griffith by AIF Cherie L. Nunn
**LESSEE:**          DSX Energy Ltd., L.L.P.
**LEASE DATE:**     3/25/2006          **ACRES:**  153.5040
**COUNTY CLERK FILE NO.:**      2006-063304
**VOLUME:**      **PAGE:**          **RECORDS:**  Official Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths
     from the surface to 12,500' below the surface

**LEASE NO.:**      SEB-002E
**LESSOR:**          John Laughlin, Receiver for Larry Jackson McMahan AKA Larry
                    J. Daley
**LESSEE:**          DSX Energy Ltd., L.L.P.
**LEASE DATE:**     9/19/2006          **ACRES:**  153.5040
**COUNTY CLERK FILE NO.:**      2006-067209
**VOLUME:**      **PAGE:**          **RECORDS:**  Official Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths
     from the surface to 12,500' below the surface

**LEASE NO.:**      SEB-002F
**LESSOR:**          Bruce G. Herlin, Cathy G. Hunter, and Cara P. Herlin, Trustees
**LESSEE:**          Sue-Ann Operating, L.C.
**LEASE DATE:**     8/16/2004          **ACRES:**  153.5040
**COUNTY CLERK FILE NO.:**      2004-046493
**VOLUME:**      **PAGE:**          **RECORDS:**  Official Records
**LIMITATIONS:**     The Lease covers depths from the surface to 9,725' below the
     surface.

**LEASE NO.:**      SEB-003
**LESSOR:**          Donald R. Kelly, Jr. &wf Teri L. Kelly
**LESSEE:**          Sue-Ann Operating, L.C.
**LEASE DATE:**     10/28/2004          **ACRES:**  156.2850
**COUNTY CLERK FILE NO.:**      2004-047931
**VOLUME:**      **PAGE:**          **RECORDS:**  Official Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths
     from the surface to 11,249' below the surface

**LEASE NO.:**      SEB-004
**LESSOR:**          General Land Office of the State of Texas (M-106594)
**LESSEE:**          DSX Energy Ltd., L.L.P.
**LEASE DATE:**     7/25/2006          **ACRES:**  7.4300
**COUNTY CLERK FILE NO.:**      2006-066153
**VOLUME:**      **PAGE:**          **RECORDS:**  Official Records
**LIMITATIONS:**     INSOFAR AND ONLY INSOFAR as the Lease covers depths
     from the surface to 12,500' below the surface

**LEASE NO.:**      SEB-005
**LESSOR:**         Donald R. Kelly, Jr. &wf Teri L. Kelly
**LESSEE:**         DSX Energy Ltd., L.L.P.
**LEASE DATE:**     10/29/2007         **ACRES:**  108.3150
**COUNTY CLERK FILE NO.:**      2007-074351
**VOLUME:**      **PAGE:**                    **RECORDS:**  Official Records
**LIMITATIONS:**      INSOFAR AND ONLY INSOFAR as the Lease covers depths
        from the surface to 12,500' below the surface