IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-36291 |
| | § | |
| BASELINE OIL & GAS CORP., | § | |
| | § | |
| Debtor. | § | (Chapter 11) |
| | § | |
| | § | |

NOTICE OF AGENDA FOR MATTERS
SCHEDULED FOR HEARING ON SEPTEMBER 1, 2009 AT 10:30 A.M.

*Uncontested Matters*

1. Notice of Complex Designation [Docket No. 2]

    Objections/Responses:  None

    Related Documents:  None

    **Status:**       **Matter is going forward September 1, 2009 at 10:30 a.m.**

    Time Estimate:  5 minutes

2. Emergency Motion to Approve (a) Maintenance of Prepetition Bank Accounts and Cash Management System; and (b) Continued Use of Existing Checks and Business Forms [Docket No. 4]

    Objections/Responses:  None

    Related Documents:  None

    **Status:**       **Matter is going forward September 1, 2009 at 10:30 a.m.**

    Time Estimate:  15 minutes

3. Emergency Motion for an Order (a) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (b) Determining Adequate Assurance of Payment for Future Utility Services, and (c) Establishing Procedures for Determining Requests for Additional Adequate Assurance of Payment for Postpetition Utility Services [Docket No. 8]

Objections/Responses: None

Related Documents: None

**Status:        Matter is going forward September 1, 2009 at 10:30 a.m.**

Time Estimate: 15 minutes

4. Emergency Motion for Order Authorizing the Debtor to Pay Prepetition Sales, Use, Property, Severance, and Other Taxes and Related Obligations [Docket No. 9]

    Objections/Responses: None

    Related Documents: None

    **Status:        Matter is going forward September 1, 2009 at 10:30 a.m.**

    Time Estimate: 15 minutes

5. Emergency Motion to Establish Bar Date for Filing Proofs of Claim and Interests [Docket No.14]

    Objections/Responses: None

    Related Documents: None

    **Status:        Matter is going forward September 1, 2009 at 10:30 a.m.**

    Time Estimate: 15 minutes

6. Application for an Order Authorizing the Retention and Employment of Thompson & Knight LLP [Docket No. 15]

    Objections/Responses: None

    Related Documents: None

    **Status:        Matter is going forward September 1, 2009 at 10:30 a.m.**

    Time Estimate: 15 minutes

7. Emergency Motion for Approval of Interim and Final Use of Cash Collateral and Grant of Adequate Protection [Docket No. 6]

    Objections/Responses: None

    Related Documents: None

**Status:** **Matter is going forward September 1, 2009 at 10:30 a.m.**

Time Estimate: 20 minutes

8. Emergency Motion to Approve Payments to Royalty Owners on Account of Prepetition and Postpetition Sales of Oil and Gas [Docket No. 5]

    Objections/Responses: None

    Related Documents: None

    **Status:** **Matter is going forward September 1, 2009 at 10:30 a.m.**

    Time Estimate: 20 minutes

9. Emergency Motion for an Order Authorizing the Payment of Prepetition Claims of Critical Vendors [Docket No.7]

    Objections/Responses: None

    Related Documents: None

    **Status:** **Matter is going forward September 1, 2009 at 10:30 a.m.**

    Time Estimate: 15 minutes

10. Emergency Motion to Schedule a Hearing Date for (a) Approval of Prepetition Solicitation; (b) Confirmation of Prepackaged Plan of Reorganization; (c) Approval of Assumption of Executory Contracts; and (d) Granting Related Relief [Docket No. 16]

    Objections/Responses: None

    Related Documents: None

    **Status:** **Matter is going forward September 1, 2009 at 10:30 a.m.**

    Time Estimate: 15 minutes

11. Debtor's Application for Entry of Order Authorizing the Employment and Retention of Grant Thornton as its Financial Advisors [Docket No. 21]

    Objections/Responses: None

    Related Documents: None

    **Status:** **Matter is going forward September 1, 2009 at 10:30 a.m.**

    Time Estimate: 15 minutes

**DATED:** August 31, 2009.

          Respectfully submitted,

          **THOMPSON & KNIGHT LLP**

          */s/ Rhett G. Campbell*
          **RHETT G. CAMPBELL**
          Texas State Bar No. 03714500
          Rhett.Campbell@tklaw.com
          **MILLIE A. SALL**
          Texas State Bar No. 012788050
          Millie.Sall@tklaw.com

          Three Allen Center
          333 Clay Street, Suite 3300
          Houston, Texas 77002
          Phone: 713-654-8111
          Fax: 713-654-1871

          -and-

          **IRA L. HERMAN**
          Texas State Bar No. 24063314
          Ira.Herman@tklaw.com
          **DEMETRA L. LIGGINS**
          Texas State Bar No. 24026844
          Demetra.Liggins@tklaw.com
          919 Third Avenue, 39th Floor
          New York, New York 10022-3915
          Phone: 212-751-3001
          Fax: 212-751-3113

          **PROPOSED COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

**CERTIFICATE OF SERVICE**

      I certify that on August 31, 2009, a true and correct copy of the foregoing document was served upon the parties on the attached Proposed Master Service List by first class U.S. mail, postage prepaid, or by facsimile transmittal as indicated and on all parties entitled to service via this Court's Electronic Filing System ("ECF").

                                                     */s/ Demetra L. Liggins*
                                                        One of Counsel