

TO THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/02/2009

| | | |
|---|---|---|
| IN RE: | § § § | Case No. 09-36291 |
| BASELINE OIL & GAS CORP., | § § § | |
| Debtor. | § § § | (Chapter 11) |

### ORDER SCHEDULING HEARING TO CONSIDER (A) DEBTOR'S PREPETITION SOLICITATION; (B) CONFIRMATION OF DEBTOR'S PREPACKAGED PLAN OF REORGANIZATION; (C) DEBTOR'S MOTION TO ASSUME EXECUTORY CONTRACTS; AND (D) GRANTING RELATED RELIEF

Having considered the Debtor's Emergency Motion to Schedule Hearing Date for (a) Approval of Prepetition Solicitation; (b) Confirmation of Plan of Reorganization; (c) Approval of Assumption of Executory Contracts; and (d) Granting Related Relief (the "Motion")[1]; the Declaration of Thomas R. Kaetzer in Support of Voluntary Petition, First Day Motions, and Designation as Complex Bankruptcy Case; and the evidence and arguments presented at the hearing, the Court finds that: (a) jurisdiction over the matters in the Motion is proper pursuant to 28 U.S.C. §§ 1334 and 157; (b) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (c) proper and adequate notice of the Motion is provided and no further notice is needed; (d) the relief sought in the Motion is in the best interest of the Debtor's estate, its creditors and all parties-in-interest; and (e) good and sufficient cause exists for granting the relief requested in the Motion. Accordingly, it is

**ORDERED** that the Motion hereby is **GRANTED**. It is further

**ORDERED** that a hearing to determine the adequacy of the Debtor's prepetition

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

solicitation of the Debtor's Prepackaged Plan of Reorganization of Baseline Oil & Gas Corp. Pursuant to Chapter 11 of the Bankruptcy Code (the "Plan") shall be held on Sept. 25, 2009, at 9:00 a.m. in the Courtroom of the undersigned Judge, United States Bankruptcy Court, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Street, Houston, Texas 77002. It is further

ORDERED that a hearing (the "Confirmation Hearing") on the confirmation of the Plan shall be held on Sept. 25, 2009, at 9:00 a.m. in the Courtroom of the undersigned Judge, United States Bankruptcy Court, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Street, Houston, Texas 77002. It is further

ORDERED that a hearing on the Debtor's Motion to Assume Executory Contracts shall be heard at the time as the Confirmation Hearing. It is further

ORDERED that, this Court shall retain jurisdiction to hear and consider all disputes arising from the interpretation or implantation of this Order.

SIGNED this 1st day of September, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE