IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-36291 |
| | § | |
| **BASELINE OIL & GAS CORP.,** | § | |
| | § | |
| Debtor. | § | **(Chapter 11)** |
| | § | |
| | § | |

**NOTICE OF CONFIRMATION HEARING**
[Relates to Docket Nos. 10, 11, and 16]

**PLEASE TAKE NOTICE** that a hearing on the confirmation of Prepackaged Plan of Reorganization of Baseline Oil & Gas Corp. Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 11] will be held on **September 25, 2009 at 9:00 a.m.** (prevailing Central Time), before the Honorable Jeff Bohm, United States Bankruptcy Judge, 515 Rusk Avenue, Courtroom 600, Houston, Texas, 77002.

**PLEASE TAKE NOTICE** that a website has been established to provide information regarding this bankruptcy case and the Prepackaged Plan [Docket No. 11] and Disclosure Statement in support of same [Docket No. 10]. Information is available at: www.tkworkplace.com/Baseline.

**DATED:** September 8, 2009.

Respectfully submitted,

**THOMPSON & KNIGHT LLP**

  */s/ Demetra L. Liggins*
**RHETT G. CAMPBELL**
Texas State Bar No. 03714500
Rhett.Campbell@tklaw.com
**MILLIE A. SALL**
Texas State Bar No. 012788050
Millie.Sall@tklaw.com
Three Allen Center
333 Clay Street, Suite 3300
Houston, Texas 77002
Phone: 713-654-8111
Fax: 713-654-1871
    -and-

**IRA L. HERMAN**
Texas State Bar No. 24063314
Ira.Herman@tklaw.com
**DEMETRA L. LIGGINS**
Texas State Bar No. 24026844
Demetra.Liggins@tklaw.com
919 Third Avenue, 39th Floor
New York, New York 10022-3915
Phone: 212-751-3001
Fax: 212-751-3113
**PROPOSED COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

I certify that on September 8, 2009, a true and correct copy of the foregoing document was served upon the parties on the attached Global Service List by first class U.S. mail, postage prepaid and on all parties entitled to service via this Court's Electronic Filing System ("ECF").

  */s/ Demetra L. Liggins*
    One of Counsel